PROB 12A
(7/93)

# United States District Court

for the

Eastern District of Washington

**Report on Offender Under Supervision**
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 20 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Basilio Vasquez-Valle          Case Number: 2:00CR00210-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 6/21/2001             Type of Supervision: Supervised Release

Original Offense: Conspiracy to Distribute 500    Date Supervision Commenced: 7/11/2003
Grams or More of a Mixture Containing
Methamphetamine, 21 U.S.C. § 846

Original Sentence: Prison - 41 Months; TSR - 60   Date Supervision Expires: 7/10/2008
Months

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On July 17, 2005, Mr. Vasquez-Valle was arrested for driving under the influence and second degree driving with license suspended, Sunnyside Municipal Court case number 64301.

On September 6, 2005, the defendant appeared in Sunnyside Municipal Court and pled guilty to the above charges. He was sentenced to 364 days jail with 362 days suspended on count 1, and 180 days jail with 179 days suspended on count 2. A fine of $1,578.00 was imposed and he was ordered to follow through with alcohol treatment and attend a victims panel. |

**U.S. Probation Officer Action**:

Mr. Vasquez-Valle indicates he intends to comply with the above court ordered conditions. He is currently scheduled for a substance abuse evaluation at Merit Resource Services on October 17, 2005. As a corrective measure, urinalysis testing will be increased. Additionally, this officer will monitor for compliance of the above court ordered conditions.

Based on the above information, no action is requested at this time.

Prob12A
Re: Vasquez-Valle, Basilio
October 18, 2005
Page 2

Respectfully submitted,

by *[signature]*

Jose Vargas
U.S. Probation Officer
Date: October 18, 2005

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

*[signature: Fred Van Sickle]*

Signature of Judicial Officer

October 19, 2005

Date