PROB 12B
(7/93)

Report Date: October 11, 2007

## United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**OCT 15 2007**

Eastern District of Washington

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Basilio Vasquez-Valle

Case Number: 2:00CR00210-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 6/21/2001

Type of Supervision: Supervised Release

Original Offense: Conspiracy to Distribute 500 Grams or More of a Mixture Containing Methamphetamine, 21 U.S.C. § 846

Date Supervision Commenced: 7/11/2003

Original Sentence: Prison - 41 Months; TSR - 60 Months

Date Supervision Expires: 7/10/2008

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18. You shall complete 40 hours of community service work at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than December 2007.

## CAUSE

On July 24, 2007, Basilio Vasquez-Valle was arrested for hit and run unattended vehicle, and second degree driving with license suspended, Sunnyside Municipal Court case number 67083. On September 25, 2007, the defendant appeared in court and was sentenced to 90 days jail with 70 days suspended and credit for 20 days served. The defendant was also fined $725, with restitution to be determined.

As a sanction for the above violation, the defendant has agreed to complete 40 hours of community service. Enclosed is a waiver signed by the defendant agreeing to the above modification of his conditions of supervised release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 11, 2007

Respectfully submitted,

by _____

Jose Vargas
U.S. Probation Officer
Date: October 11, 2007

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
JFvS [X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

October 15, 2007
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

18. You shall complete 40 hours of community service work at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than December 2007.

Witness: _____          Signed: _____
           Jose Vargas                              Basilio Vasquez-Valle
           U.S. Probation Officer                   Probationer or Supervised Releasee

October 11, 2007
Date